

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF MISSISSIPPI
701 North Main Street, Suite 216
Hattiesburg, Mississippi 39401
(601) 255-6370

Michael T. Parker
U.S. Magistrate Judge

August 26, 2024

Goerge V. Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

    RE:   USA v Donavon Anthony Parish
              ED/PA No. 2:23cr276-CMR-1
              SD/MS No. 2:24mj37-MTP

Dear Mr. Wylesol:

    Enclosed please find certified copies of the documents filed as a result of the Rule 40 proceedings held before Magistrate Judge Mike Parker, including a certified copy of the docket summary.

    If you need additional information, please do not hesitate to contact me.

              Sincerely,

              Kim Mitchell
              Courtroom Deputy Clerk

\kpm
Enclosures